

FILED

JAN 22 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-17-BU-DLC |
| Plaintiff, | FINDINGS AND |
| | RECOMMENDATION |
| vs. | CONCERNING PLEA |
| ANTHONY JACOB LUGO, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P.

11 and has entered a plea of guilty to one count of possession with intent to

distribute marijuana and cocaine, and one count of possession of a firearm in

furtherance of a drug trafficking offense, as set forth in the Indictment. After

examining the Defendant under oath, I have made the following determinations:

1.   That the Defendant is fully competent and capable of entering an

informed and voluntary plea,

2.   That the Defendant is aware of the nature of the charges against him and

consequences of pleading guilty to the charges,

3.   That the Defendant fully understands his constitutional rights, and the

FINDINGS AND RECOMMENDATION - Page 1

extent to which he is waiving those rights by pleading guilty, and

    4.   That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

    The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true.   Therefore, I recommend that the Defendant be adjudged guilty of counts II and III as set forth in the Indictment, and that sentence be imposed.

    **This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

    DATED this 22nd day of January, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

FINDINGS AND RECOMMENDATION - Page 2