IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JACOB LUGO,<br><br>Defendant. | CR 19–17–BU–DLC<br><br>ORDER |

Before the Court is the Government's Motion for Preliminary Order of Forfeiture. (Doc. 41.) On January 22, 2020, Defendant Anthony Jacob Lugo appeared before the Court and entered a plea of guilty to Counts II and III of the Indictment. He also admitted the forfeiture allegation. The Defendant's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 26 U.S.C. § 5872, 21 U.S.C. §§ 853, 881(a)(7)(11), and 18 U.S.C. § 924(d).

IT IS ORDERED that the Defendant's interest in the following property is forfeited to the United States in accordance with 26 U.S.C. § 5872, 21 U.S.C. §§ 853, 881(a)(7)(11), and 18 U.S.C. § 924(d).

- Armas de Guerra, model RGV-15/MF, 5.56 mm, Semi-Automatic Rifle (S/N: ADG00176);

1

- Sig-Sauer, model 1911, .45 caliber, semi-automatic pistol (S/N: 54B081367); and,
- Ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 20th day of March, 2020.

Dana L. Christensen, District Judge
United States District Court